

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0481-11

### DAVID DUANE DUNIGAN, Appellant

### v.

### THE STATE OF TEXAS

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE TENTH COURT OF APPEALS
### ELLIS COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of evading arrest and was sentenced to confinement for twenty years. The Court of Appeals affirmed the conviction. *Dunigan v. State*, (Tex. App. — Waco, No. 10-10-00043-CR, delivered March 2, 2011). Appellant's petition for discretionary review was dismissed as untimely filed on August 24, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be

considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed

in this Court on August 12, 2011, is reinstated as of October 19, 2011, and will be

considered in accord with Tex.R.App.P. 68.

Delivered October 19, 2011
Do not publish